IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*[Electronically Filed]*

FRANKLIN CATLETT;
and
MARIA CATLETT

      Plaintiffs,

v.

GROUPE ROBERT, INC.
d/b/a TRANSPORT ROBERT 1973 LTEE

and

REMI JULIEN

      Defendants.

Case No.:   5:21-cv-158-TBR

Judge:   Thomas B. Russell

## NOTICE OF REMOVAL

Please take notice that Defendants, Groupe Robert, Inc. d/b/a Transport Robert 1973 LTEE and Remi Julien ("Defendants"), hereby remove this action from the Christian County Circuit Court to the United States District Court for the Western District of Kentucky, Paducah Division, on the following bases:

1. On or about August 20, 2021, Plaintiffs, Franklin and Maria Catlett ("Plaintiffs"), filed their Complaint in the Christian County Circuit Court, Division I, Civil Action No. 21-CI-00677, against Defendants ("the Suit"), asserting negligence/personal injury claims. (*See* state court pleadings, collectively attached hereto as Exhibit 1). The Suit and Plaintiffs' claims arise from a motor vehicle accident.

2. According to Plaintiffs' Complaint, Plaintiffs are now and were at the commencement of this action citizens and residents of Kentucky. (*See* Plaintiffs' Complaint, ¶ 1).

1

3.  According to Plaintiffs' Complaint, Defendant Rem Julien is now and was at the commencement of this action a citizen and resident of Canada. (*See* Plaintiff's Complaint, ¶ 6).

4.  According to Plaintiffs' Complaint, Groupe Robert, Inc. is and was at the commencement of this action a citizen of Canada, because it is a corporation organized under the laws of Canada and its principal place of business located in Canada. (See Plaintiffs' Complaint, ¶ 2-3).

5.  Plaintiffs allege throughout their Complaint that they "sustained temporary permanent injuries" to their bodies and that they "will continue to suffer such damages in the future." (*See* Plaintiffs' Complaint, ¶ 32-33). Additionally, both Plaintiffs have alleged the following damages:

    a. physical pain, past, present, and future;
    b. mental pain, anguish, and emotional distress;
    c. healthcare and medical expenses, past, present, and future;
    d. permanent injury, lost wages, and/or ability to earn wages;
    e. punitive damages;
    f. costs of this action; and
    g. all other damages and relief allowed under the laws of the Commonwealth of Kentucky to which they may be entitled.

(*See* Plaintiffs' Complaint, ¶ 32-33).

6.  Defendants timely answered the Suit and concurrent with the filing of their Answer served Requests for Admission upon Plaintiffs, seeking an admission as to whether the damages they each seek exceed $75,000, exclusive of costs and interest. (*See* Plaintiffs' Responses to Requests for Admission, attached hereto as Exhibits 2 and 3, respectively.)

7.  On October 12, 2021, Plaintiffs served their Responses to Defendants' Requests for Admission, both admitting that they do intend to each seek in excess of $75,000, exclusive of costs and interests. (*See* Exhibits 2 and 3.)

261234014v.1

8. As such, removal is proper and this Court has original jurisdiction over this action under 28 U.S.C. §1332(a)(1), because the parties are citizens of different states and because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

9. According to Plaintiffs' Complaint, venue was proper in Christian County, Kentucky, because the subject motor vehicle accident occurred in Christian County. (*See* Plaintiffs' Complaint, ¶ 8). Accordingly, this action is hereby removed to the United States Court for the Western District of Kentucky, Paducah Division, pursuant to U.S.C. §§ 1441 and 1446 and pursuant to the Joint Local Rules of Civil Practice, LR 3.1.

10. This Notice of Removal is filed within thirty (30) days of the Defendants' service with a document from which Defendants first ascertained the case was removable.

        Respectfully submitted,

        */s/ Lynsie Gaddis Rust*
        Lynsie Gaddis Rust
        Samuel E.T. Jones
        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        100 Mallard Creek Road, Suite 250
        Louisville, KY  40207
        Telephone: 502.238.8500
        Facsimile: 502.238.7995
        lynsie.rust@wilsonelser.com
        samuel.jones@wilsonelser.com
        *Counsel for Defendants*

261234014v.1

**CERTIFICATE OF SERVICE**

This is to certify that on the 28th of October, 2021, I electronically filed this document through the ECF system which will send a notice of electronic filing to the following:

Lindsey C. Goetz
Justin B. May
4919 Dixie Highway, Suite B
Louisville, KY 40216
*Counsel for Plaintiffs*

The undersigned also hereby certifies that a copy of the foregoing was filed with the Christian County Circuit Court pursuant to 28 U.S.C. 1446(d).

/s/ Lynsie Gaddis Rust
*Counsel for Defendants*

4

261234014v.1