Filed    21-CI-00677    08/20/2021    Paige Parker, Christian Circuit Clerk

NOT ORIGINAL DOCUMENT
10/28/2021 10:58:28 AM
84382

# COMMONWEALTH OF KENTUCKY
# CHRISTIAN CIRCUIT COURT
## DIVISION _____
## CIVIL CASE NO. _____
### *ELECTRONICALLY FILED*

**FRANKLIN CATLETT**

and

**MARIA CATLETT**                                   **PLAINTIFFS**

vs.     **COMPLAINT AND DEMAND FOR JURY TRIAL**

**GROUPE ROBERT INC**
**d/b/a TRANSPORT ROBERT 1973 LTEE**

    **SERVE: KY Registered Agent**
    **AMERICAN TRUCKING**
    **ASSOCIATIONS**
    Gregg E. Thornton
    333 W. Vine Street, Suite 1100
    Lexington KY, 40507

and

**REMI JULIEN**                                       **DEFENDANTS**

    **SERVE: Kentucky Secretary of State**

\* \* \* \* \*

Comes now the Plaintiffs, Franklin Catlett and Marie Catlett, by and through counsel, and for their first cause of action against the Defendants, Groupe Robert Inc. and Remi Julien, and in support of the same, states as follows:

1. The Plaintiffs are both residents of Kentucky.

2. The defendant, Groupe Robert Inc d/b/a Transport Robert 1973 LTEE (hereinafter "Robert Inc."), with address 20 Boul Marie-Victorin, Boucherville, PQ J4B 1V5 is a foreign corporation operating in Canada.

1

Presiding Judge: HON. ANDREW SELF (603276)

COM : 000001 of 000007

Filed 21-CI-00677 08/20/2021 Paige Parker, Christian Circuit Clerk
NOT ORIGINAL DOCUMENT
10/28/2021 10:58:28 AM
84382

3. The defendant, Robert Inc., was and remains registered with the Federal Motor Carrier Safety Administration with a USDOT number of 148817 and is a corporation with its principal place of business at 500 Route 112, Rougemont, Quebec, J0L 1M0, Canada.

4. Robert Inc has designated its registered agent as American Truck Associations, Gregg E. Thornton, 333 W. Vine Street, Suite 1100, Lexington, KY 40507.

5. Robert Inc., directly, and/or through its agents, servants, and/or employees transacts business in Kentucky, contracts to deliver and/or supply goods in Kentucky, travels on Kentucky highways to meet the demands of Kentucky customers, and caused the incident at issue in this matter in Kentucky by an act or omission while regularly doing business, soliciting business, and/or engaging in any persistent course of conduct in Kentucky. Therefore, general jurisdiction is proper over Robert Inc. Robert Inc. has contacts with Kentucky because Robert Inc. placed its truck and trailer, operated by Remi Julien, in the stream of commerce, and was the owner of the truck and/or trailer which was involved in the incident that made the basis of this suit, which occurred in Kentucky. Therefore, Robert Inc. has sufficient minimal contacts with the Commonwealth of Kentucky and is subject to Jurisdiction of this Court pursuant to Kentucky's Long Arm Statute, KRS 454.210.

6. Upon information and belief, the defendant, Remi Julien, is a foreign Canadian national with address 489 Rue Sainte Anne, Quebec, CD J9E1J and has designated the Kentucky Secretary of State as his agent for service of process pursuant to KRS 454.210 and 188.020.

7. The defendant, Remi Julien, was the employee, agent, servant, and/or statutory employee for Defendant Robert Inc., operating for the benefit of, in furtherance of the interests of, and/or within the course and scope of his employment with Defendant Robert Inc. Accordingly, Defendant Robert Inc. is vicariously liable for the acts of Defendant Remi Julien.

2

Filed 21-CI-00677 08/20/2021 Paige Parker, Christian Circuit Clerk

Presiding Judge: HON. ANDREW SELF (603276)
COM : 000002 of 000007

Filed          21-CI-00677   08/20/2021        Paige Parker, Christian Circuit Clerk
                                                NOT ORIGINAL DOCUMENT
                                                10/28/2021 10:58:28 AM
                                                84382

8. As the actions complained of occurred within Christian County, Kentucky and as the amount in controversy is in excess of the jurisdictional minimum, the Christian Circuit Court has both proper jurisdiction and venue.

9. On or about 08/22/2019 at approximately 12:35 p.m., Franklin Catlett was driving a 2005 Chevy Tahoe traveling south on Madisonville Road in a safe and prudent manner.

10. Marie Catlett was belted in the passenger seat of Franklin's vehicle.

11. Southbound Madisonville Road was under construction.

12. Franklin Catlett was proceeding on Madisonville Road in a safe and prudent manner.

13. At the same time, Robert Inc.'s driver, Remi Julien, was driving a 2016 Volvo VNL traveling in the same direction.

14. On or about August 22, 2019, Remi Julien, negligently and carelessly operated his truck and negligently failed to control his truck and trailer while traveling on southbound on Madisonville Road in such a careless and negligent manner as to cause a rear-end collision, resulting in the injuries of Franklin Catlett and Marie Catlett.

15. Remi Julien's actions violated state and federal statutes, including but not limited to 49 CFR 390.9; 49 CFR 390.11; 49 CFR 391.11; 49 CFR 391.13; 49 CFR 392.1; 49 CFR 392.2; 49; CFR 392.22; and 49 CFR 392.4.

16. Remi Julien was operating the 2016 Volvo VNL while ill or fatigued in violation of 49 CFR 392.3.

17. Franklin Catlett attempted to avoid the crash but was unable to avoid the crash.

18. As a result of the crash, Franklin Catlett was injured.

Filed          21-CI-00677   08/20/2021        Paige Parker, Christian Circuit Clerk

Presiding Judge: HON. ANDREW SELF (603276)
COM : 000003 of 000007

Filed         21-CI-00677      08/20/2021      Paige Parker, Christian Circuit Clerk
                                                       NOT ORIGINAL DOCUMENT
                                                       10/28/2021 10:58:28 AM
                                                       84382

19. Franklin Catlett has had a surgery and other treatment to his injuries as a direct result of the injuries suffered in this incident.

20. As a result of the crash, Maria Catlett was injured.

21. Maria Catlett has had a surgery and other treatment to her injuries as a direct result of the injuries suffered in this incident.

22. At all times, Remi Julien, owed a duty to Franklin Catlett and Maria Catlett to operate his vehicle in a careful manner and always maintain control of his vehicle, with regard for the safety and convenience of other vehicles upon the highway.

23. Remi Julien breached his duties to exercise care toward Franklin Catlett and Maria Catlett and the traveling public.

24. Remi Julien further violated the state and federal statutes and regulations mentioned in paragraphs 15 and 16, plus but not limited to KRS 189.090, KRS 189.290, KRS 189.338, KRS 189.390, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Franklin Catlett and Maria Catlett and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law.

25. Defendant Robert Inc. employed Remi Julien at the time of the crash.

26. Remi Julien was acting on behalf of and/or in the best interest of Robert Inc. and was in the course and scope of said employment when the crash occurred.

27. As a result of their employment relationship, Robert Inc. should be held vicariously liable for any and all damages Franklin Catlett and Maria Catlett sustained as a result of Remi Julien's negligent and/or reckless actions.

28. Defendant Robert Inc. had a duty to act reasonably in hiring, instructing, training, supervising and retaining its drivers and other employees and agents, including Defendant Julien,

4

Presiding Judge: HON. ANDREW SELF (603276)

COM : 000004 of 000007

Filed 21-CI-00677 08/20/2021 Paige Parker, Christian Circuit Clerk
NOT ORIGINAL DOCUMENT
10/28/2021 10:58:28 AM
84382

and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

29. Defendant Robert Inc. had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent, and qualified drivers.

30. Defendant Robert Inc. was negligent, careless, and reckless with regard to the duties set forth in Paragraphs, 27-28, above, causing serious injury to Franklin Catlett and Maria Catlett.

31. Defendant Robert Inc. violated state and federal statutes and regulations, including but not limited to KRS 189.090, KRS 189.2224, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Franklin Catlett and Maria Catlett, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law.

32. As a direct and proximate result of the negligence and negligence *per se* of the Defendants Robert Inc. and/or Remi Julien, Plaintiff Franklin Catlett sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life, and he will continue to suffer such damages in the future; that he has incurred large sums of money for medical expenses in treatment of said injuries and will be required to incur large sums of money for medical expenses in the future; and that he has lost wages and that his ability to earn wages in the future is impaired due to his injuries being permanent. Additionally, he has suffered negligent infliction of emotional distress and/or severe emotional distress.

33. As a direct and proximate result of the negligence and negligence *per se* of the Defendants Robert Inc. and/or Remi Julien, Plaintiff Maria Catlett sustained temporary and permanent injuries to her body, causing great physical and mental pain and anguish, including the loss of enjoyment of life, and she will continue to suffer such damages in the future; that she has

5

Presiding Judge: HON. ANDREW SELF (603276)
COM : 000005 of 000007

Filed          21-CI-00677    08/20/2021        Paige Parker, Christian Circuit Clerk
                                                NOT ORIGINAL DOCUMENT
                                                10/28/2021 10:58:28 AM
                                                84382

incurred large sums of money for medical expenses in treatment of said injuries and will be required to incur large sums of money for medical expenses in the future; and that she has lost wages and that her ability to earn wages in the future is impaired due to her injuries being permanent. Additionally, she has suffered negligent infliction of emotional distress and/or severe emotional distress.

34. Defendant Robert Inc. and/or Remi Julien, acted recklessly, wantonly and/or with extreme indifference or reckless disregard for the consequences of their actions as well as exhibiting a reckless disregard for the life, safety, and health of others, including Franklin Catlett and Maria Catlett, warranting the imposition of punitive damages pursuant to KRS 411.184 and 411.186.

35. Furthermore, punitive damages are supported by Kentucky's declaration that tractor trailers endanger the lives and safety of the traveling public, which includes Franklin Catlett and Maria Catlett, pursuant to KRS 189.670, which states:

> It is hereby declared to be the public policy of this state that heavy motor trucks, alone or in combination with other vehicles, increase the cost of highway construction and maintenance, interfere with and limit the use of highways for normal traffic thereon, and endanger the safety and lives of the traveling public, and that the regulations embodied in this chapter with respect to motor trucks, semitrailer trucks and semitrailers are necessary to achieve economy in highway costs, and to permit the highways to be used freely and safely by the traveling public.

**WHEREFORE**, the Plaintiffs, Franklin Catlett and Maria Catlett, respectfully demand as follows:

1. Judgment against Defendants, Robert Inc. and Remi Julien, for a fair and reasonable amount in compensatory damages;

2. Judgment against Defendants, Robert Inc. and Remi Julien, for a fair and reasonable amount in non-apportioned punitive damages;

Filed          21-CI-00677    08/20/2021        Paige Parker, Christian Circuit Clerk

Presiding Judge: HON. ANDREW SELF (603276)
COM : 000006 of 000007

Filed          21-CI-00677     08/20/2021        Paige Parker, Christian Circuit Clerk
                                                NOT ORIGINAL DOCUMENT
                                                10/28/2021 10:58:28 AM
                                                84382

3. A trial by jury;

4. Post-judgment interest;

5. Costs herein expended; and

6. Any and all other relief to which the Plaintiffs may appear entitled.

Respectfully submitted,

**DIXIE LAW GROUP, PSC**

/s/ Justin B. May

Justin B. May, Esq.
Lindsey Goetz, Esq.
4919 Dixie Highway
Suite B
Louisville, KY 40216
jmay@dixielawgroup.com
lgoetz@dixielawgroup.com
(502) 290-2397 - Telephone
(502) 449-9774 - Fax
*Counsel for Plaintiff*

7

| AOC-E-105  Sum Code: CI | | NOT ORIGINAL DOCUMENT |
|---|---|---|
| Rev. 9-14 |  | 10/18/2021  Case #: 21-CI-00677 |
| Commonwealth of Kentucky | | 84363 |
| Court of Justice   Courts.ky.gov | | Court: CIRCUIT |
| CR 4.02; Cr Official Form 1 | CIVIL SUMMONS | County: CHRISTIAN |

*Plantiff*, **CATLETT, FRANKLIN ET AL VS. GROUPE ROBERT INC D/B/A TRANSPOR**, *Defendant*

TO: **REMI JULIEN**
**333 W. VINE STREET**
**LEXINGTON, KY 40507**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paige Parker*
Christian Circuit Clerk
Date: **8/20/2021**

Presiding Judge: HON. ANDREW SELF (603276)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____        Served By _____

                                   Title _____

CI : 000001 of 000001

Summons ID: @00000173421
CIRCUIT: 21-CI-00677 Long Arm Statute — SOS - Restricted Delivery
CATLETT, FRANKLIN ET AL VS. GROUPE ROBERT INC D/B/A TRANSPOR



Page 1 of 1

**eFiled**

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>10/28/2021   Case #: 21-CI-00677<br>8436Court: **CIRCUIT**<br>County: **CHRISTIAN** |

Plantiff, **CATLETT, FRANKLIN ET AL VS. GROUPE ROBERT INC D/B/A TRANSPOR**, Defendant

TO:  **GREGG E THORNTON**
**333 W. VINE STREET**
**SUITE 1100**
**LEXINGTON, KY 40507**

Memo: Related party is GROUPE ROBERT INC D/B/A TRANSPORT ROBERT

The Commonwealth of Kentucky to Defendant:
**GROUPE ROBERT INC D/B/A TRANSPORT ROBERT**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paige Parker*
Christian Circuit Clerk
Date: **8/20/2021**

Presiding Judge: HON. ANDREW SELF (603276)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____          Served By _____

Title _____

Summons ID: @00000173422
CIRCUIT: 21-CI-00677 Certified Mail
CATLETT, FRANKLIN ET AL VS. GROUPE ROBERT INC D/B/A TRANSPOR



Page 1 of 1

**eFiled**

CI : 000001 of 000001



**Commonwealth of Kentucky**
**Paige Parker, Christian Circuit Clerk**

NOT ORIGINAL DOCUMENT
10/28/2021 10:59:22 AM
84382

Case #: 21-CI-00677    Envelope #: 3781628
Received From: JUSTIN MAY    Account Of: JUSTIN MAY
Case Title: CATLETT, FRANKLIN ET AL VS. GROUPE ROBERT INC D/B/A TRANSPOR
Confirmation Number: 130454174
Filed On 8/20/2021 4:52:26PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $12.71 |
| 9 | Charges For Services(Copy - Photocopy) | $0.90 |
| 10 | Money Collected For Others(Postage) | $13.00 |
| 11 | Money Collected For Others(Secretary of State) | $15.55 |
| 12 | Charges For Services(Copy - Photocopy) | $1.80 |
| 13 | Charges For Services(Attestation) | $0.50 |
|   | **TOTAL:** | **$337.46** |

Generated: 8/23/2021    Page 1 of 1

Filed      21-CI-00677      08/30/2021      Paige Parker, Christian Circuit Clerk
NOT ORIGINAL DOCUMENT
10/28/2021 10:59:58 AM
84382

**UNITED STATES POSTAL SERVICE**

Date Produced: 08/30/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8347 5577 53. Our records indicate that this item was delivered on 08/24/2021 at 12:37 p.m. in LEXINGTON, KY 40507. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :   333 W VINE ST STE 1100
LEXINGTON, KY 40507

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:   C2891125.16614091

Filed      21-CI-00677      08/30/2021      Paige Parker, Christian Circuit Clerk

AOS : 000001 of 000001

2

Filed 21-CI-00677 09/15/2021 Paige Parker, Christian Circuit Clerk

NOT ORIGINAL DOCUMENT
10/28/2021 11:00:12 AM
84382

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION I
CIVIL CASE NO. 21-CI-00677
*[Electronically Filed]*

FRANKLIN CATLETT
and
MARIA CATLETT            PLAINTIFFS

v.        **ANSWER**

GROUPE ROBERT, INC.
d/b/a TRANSPORT ROBERT 1973 LTEE
and
REMI JULIEN            DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\*

Defendants, Groupe Robert, Inc. d/b/a Transport Robert 1973 LTEE and Remi Julien ("Defendants"), for their Answer to Plaintiffs' Complaint, state:

1. Each and every allegation not admitted herein it hereby denied.

2. Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiffs' Complaint, and therefore, deny same.

3. Defendants admit the allegations contained in paragraphs 2, 3 and 4 of Plaintiffs' Complaint.

4. The allegations contained in paragraph 5 of Plaintiff's Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Defendants deny same.

5. Defendants admit the allegations contained in paragraph 6 of Plaintiffs' Complaint.

1

258228035v.1
Filed 21-CI-00677 09/15/2021 Paige Parker, Christian Circuit Clerk

ANS : 000001 of 000006

6. The allegations contained in paragraphs 7, 8 and 9 of Plaintiffs' Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Defendants deny same.

7. Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of Plaintiffs' Complaint, and therefore, deny same.

8. Defendants admit the allegations contained in paragraph 11 of Plaintiffs' Complaint.

9. The allegations contained in paragraph 12 of Plaintiffs' Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Defendants deny same.

10. Defendants admit the allegations contained in paragraph 13 of Plaintiffs' Complaint.

11. Defendants deny the allegations contained in paragraphs 14, 15 and 16 of Plaintiffs' Complaint.

12. Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraphs 17, 18, 19, 20 and 21 of Plaintiffs' Complaint, and therefore, deny same.

13. The allegations contained in paragraph 22 of Plaintiffs' Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Defendants deny same.

14. Defendants deny the allegations contained in paragraphs 23 and 24 of Plaintiffs' Complaint.

2

Filed          21-CI-00677   09/15/2021        Paige Parker, Christian Circuit Clerk
                                                          NOT ORIGINAL DOCUMENT
                                                          10/28/2021 11:00:12 AM
                                                          84382

15. Defendants admit the allegations contained in paragraph 25 of Plaintiffs' Complaint.

16. The allegations contained in paragraph 26 of Plaintiffs' Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Defendants deny same.

17. Defendants deny the allegations contained in paragraph 27 of Plaintiffs' Complaint.

18. The allegations contained in paragraph 28 and 29 of Plaintiffs' Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Defendants deny same.

19. Defendants deny the allegations contained in paragraphs 30, 31, 32, 34 and 35 of Plaintiffs' Complaint.

20. The remainder of Plaintiffs' Complaint constitutes a prayer for relief to which no response is required. However, to the extent a response is required, Defendants deny that Plaintiffs are entitled to the relief requested.

### FIRST DEFENSE

All or part of Plaintiffs' Complaint fails to state a claim upon which relief can be granted as to Defendants and should be dismissed.

### SECOND DEFENSE

All or part of Plaintiffs' claims may be barred by the provisions of the Kentucky Motor Vehicle Reparations Act (KRS 304.39, *et seq.*).

258228035v.1
Filed          21-CI-00677   09/15/2021        Paige Parker, Christian Circuit Clerk

ANS : 000003 of 000006

### THIRD DEFENSE

All or part of Plaintiffs' damages may have been caused or contributed to by the actions or inactions of third parties who are not parties to this action, and therefore, Plaintiffs' right of recovery should be precluded or otherwise diminished by the fault of these third parties.

### FOURTH DEFENSE

All or part of Plaintiffs' damages may have been caused or contributed to by Plaintiffs, and therefore, Plaintiffs' right of recovery should be precluded and/or Plaintiffs' recovery should be diminished by the extent of their wrongdoing.

### FIFTH DEFENSE

Defendants plead that any money Plaintiffs recover from any other source for alleged injuries and/or damages, if any, should be an offset to any judgment rendered against Defendants, if any.

### SIXTH DEFENSE

If, at the time of the accident, Plaintiffs, Franklin Catlett and Maria Catlett, were not using a safety restraint device, available seatbelts, passive restraint systems, appropriate head rests and/or other comparable available safety equipment, then they failed to exercise ordinary care for their own safety and Plaintiffs' claims should be dismissed or recovery diminished by reason of their own negligence.

### SEVENTH DEFENSE

Plaintiffs have an obligation to mitigate their damages. To the extent Plaintiffs have not done so, Defendants are entitled to a credit or setoff against any amount awarded to Plaintiffs in the amount of the damages that could have been reasonably avoided by Plaintiffs.

4

### EIGHTH DEFENSE

Defendants plead the sudden emergency doctrine.

### NINTH DEFENSE

Plaintiffs' Complaint fails to set forth allegations sufficient to support a claim of punitive damages under existing law.

### TENTH DEFENSE

Plaintiffs' claim for punitive damages fails to establish the central elements of fraud, oppression or malice as required under KRS 411.184, and Plaintiffs are, therefore, not entitled to punitive damages as a matter of law.

### ELEVENTH DEFENSE

Plaintiffs' claim for punitive damages is in violation of and is barred by the Fifth and Fourteenth Amendments to the United States Constitution.

### TWELFTH DEFENSE

Plaintiffs' claim for punitive damages is in violation of and is barred by the prohibitions against excessive fines and cruel and unusual punishment contained in the Eighth Amendment to the United States Constitution.

### THIRTEENTH DEFENSE

Plaintiffs' claim for punitive damages is in violation of and is barred by § 2 and § 14 of the Kentucky Constitution.

### FOURTEENTH DEFENSE

Defendants hereby reserve the right to raise additional affirmative defenses and to assert counterclaims and third party claims in the future.

5

Filed          21-CI-00677     09/15/2021     Paige Parker, Christian Circuit Clerk
                                              NOT ORIGINAL DOCUMENT
                                              10/28/2021 11:00:12 AM
                                              84382

WHEREFORE, for the foregoing reasons, Defendants Groupe Robert, Inc. d/b/a Transport Robert 1973 LTEE and Remi Julien, respectfully requests the following relief:

1. Dismissal of Plaintiffs' Complaint, with prejudice;

2. Its costs herein expended, including a reasonable attorney's fee;

3. Trial by jury; and

4. Any and all other relief to which Defendants may reasonably appear to be entitled.

Respectfully submitted,

*/s/ Lynsie Gaddis Rust*
Lynsie Gaddis Rust
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
Facsimile: 502.238.7995
lynsie.rust@wilsonelser.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Christian Circuit Court Clerk on September 15, 2021 and a true and accurate copy of same was sent via regular U.S. mail to:

Justin B. May
Lindsey Goetz
Dixie Law Group, PSC
4919 Dixie Highway, Suite B
Louisville, Kentucky 40216
*Counsel for Plaintiffs*

*/s/ Lynsie Gaddis Rust*
*Counsel for Defendants*

258228035v.1
Filed          21-CI-00677     09/15/2021     Paige Parker, Christian Circuit Clerk

ANS : 000006 of 000006

Filed          21-CI-00677    10/12/2021    Paige Parker, Christian Circuit Clerk
                                            NOT ORIGINAL DOCUMENT
                                            10/28/2021 11:00:33 AM
                                            84382

**COMMONWEALTH OF KENTUCKY**
**CHRISTIAN CIRCUIT COURT**
**NO. 21-CI-00677**
**ELECTRONICALLY FILED**

**FRANKLIN CATLETT**, *et al.*　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

v.　　　　**NOTICE OF SERVICE OF WRITTEN DISCOVERY**

**GROUPE ROBERT INC.**, *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

* * * * *

Please take notice that on October 8, 2021, the undersigned counsel for Plaintiff served the following on Defendants:

　1. Plaintiff Franklin Catlett's Responses to Defendants First Set of Request for Admission.

　2. Plaintiff Maria Catlett's Responses to Defendants First Set of Request for Admission.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**DIXIE LAW GROUP, PSC**

　　　　　　　　　　　　　　　　　　　　　/s/ Lindsey C. Goetz
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Justin B. May, Esq.
　　　　　　　　　　　　　　　　　　　　　Lindsey C. Goetz, Esq.
　　　　　　　　　　　　　　　　　　　　　4919 Dixie Highway
　　　　　　　　　　　　　　　　　　　　　Suite B
　　　　　　　　　　　　　　　　　　　　　Louisville, KY 40216
　　　　　　　　　　　　　　　　　　　　　jmay@dixielawgroup.com
　　　　　　　　　　　　　　　　　　　　　lgoetz@dixielawgroup.com
　　　　　　　　　　　　　　　　　　　　　(502) 290-2397 - Telephone
　　　　　　　　　　　　　　　　　　　　　(502) 449-9774 - Fax
　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

1

Filed     21-CI-00677     10/12/2021     Paige Parker, Christian Circuit Clerk

NOT ORIGINAL DOCUMENT
10/28/2021 11:00:33 AM
84382

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and/or U.S. mail on October 12, 2021 to:

Lynsie Gaddis Rust
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
Facsimile: 502.238.7995
lynsie.rust@wilsonelser.com
*Counsel for Defendants*

                                     /s/ Lindsey C. Goetz
                                     Lindsey C. Goetz